CRYSTAL J. HERRERA, ESQ.
Nevada Bar No. 12396
CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
5100 West Sahara Avenue
Tel: (702) 799-5373
Fax: (702) 799-5505
Las Vegas, Nevada 89146
Herrec4@nv.ccsd.net
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHAUN TAYLOR,<br><br>Plaintiff,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT; KEITH FRANCE, an individual; DOES 1 through X; and ROE CORPORATIONS 1 through X,<br><br>Defendant. | CASE NO.: 2:19-cv-00999-GMN-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiff Shaun Taylor ("Plaintiff") and Defendants Clark County School District and Keith France (collectively, "Defendants"), by and through their respective attorneys of record, hereby stipulate to extend the time for Defendants to file a response to Plaintiff's Complaint (ECF No. 1) from the current deadlines of September 24, 2019 (as to Defendant Clark County School District) and September 26, 2019 (as to Defendant Keith France), up to and including **October 8, 2019**. This is the first request for an extension of time to respond to Plaintiff's Complaint.

Defendants seek the extension of time to allow sufficient time to prepare an appropriate response to the Complaint. Plaintiff served Defendant Clark County School District with process on September 3, 2019, rendering a response due on September 24, 2019. Fed. R. Civ. P. 12.

1  Plaintiff served Defendant Keith France with process on September 5, 2019, rendering a response due on September 26, 2019.  Fed. R. Civ. P. 12.  Because this is Plaintiff's second lawsuit against Defendants and the former was partly adjudicated in Defendants' favor (Case No.: 2:18-cv-01264-KJD-VCF), counsel requires additional time to evaluate and address potential res judicata and collateral estoppel concerns.  Further, Defendants' counsel was out of the country through September 15, 2019 and is unable to properly evaluate and prepare a response by the current responsive deadlines in light of other deadlines and prior commitments.

Based on the foregoing, the parties hereby stipulate to a short extension of time, until October 8, 2019, for Defendants Clark County School District and Keith France to respond to the Complaint.  The extension to answer or otherwise response to the Complaint will have no significant or prejudicial impact on the proceedings.

This request is made in good faith and not for the purpose of delay.

Dated:  September 19, 2019

LAW OFFICE OF DAN M. WINDER P.C.

By: */s/ Angela Lizada*
    Angela J. Lizada, Esq. (#11637)
    Lizada Law Firm, Ltd.
    501 S. 7th Street
    Las Vegas, NV 89101
    *Attorney for Plaintiff*

Dated:  September 19, 2019

CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL

By: */s/ Crystal J. Herrera*
    Crystal J. Herrera (#12396)
    5100 West Sahara Avenue
    Las Vegas, Nevada  89146
    *Attorney for Defendant*

**ORDER**

**IT IS SO ORDERED.**
DATED:  September 20, 2019.

UNITED STATES MAGISTRATE JUDGE