ANGELA J. LIZADA, ESQ.
Nevada Bar No. 11637
LIZADA LAW FIRM, LTD.
711 SO. 9TH STREET
Las Vegas, NV 89101
Phone: (702) 979-4676
Fax: (702) 979-4121
Angela@LizadaLaw.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| SHAUN TAYLOR,<br><br>    Plaintiff,<br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, KEITH FRANCE, an individual, DOES I through X, and ROE CORPORATIONS I through X,<br><br>    Defendant. | Case No.: 2:19-cv-0999<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS [ECF No. 13]**<br><br>[FIRST REQUEST] |

  Plaintiff SHAUN TAYLOR and Defendants CLARK COUNTY SCHOOL DISTRICT and KEITH FRANCE (collectively, "the parties") hereby stipulate and agree as follows:

  1. On October 8, 2019, Clark County School District and Keith France filed their Motion to Dismiss [ECF. No. 13].

  2. Ms. Taylor's deadline to respond to the Motion to Dismiss is October 22, 2019.

  3. Counsel for Plaintiff needs additional time to respond to the Motion to Dismiss.

///

///

///

1

4. The parties agree that Ms. Taylor's deadline to respond to the Motion to Dismiss shall be extended by six days, through and including **October 28, 2019**.

5. This stipulation is made in good faith and not for the purpose of delay.

DATED this 22nd day of October 2019.

| | |
|---|---|
| LIZADA LAW FIRM, LTD. | CLARK COUNTY SCHOOL DISTRICT OFFICE OF THE GENERAL COUNSEL |
| /s/ Angela J. Lizada<br>ANGELA J. LIZADA, ESQ.<br>Nevada Bar No. 11637<br>711 S. 9th St.<br>Las Vegas, NV 89101<br>*Attorney for Plaintiff* | /s/ Crystal J. Herrera<br>CRYSTAL J. HERRERA, ESQ.<br>Nevada Bar No. 12396<br>5100 W. Sahara Avenue<br>Las Vegas, Nevada 89146<br>*Attorney for Defendants* |

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, District Judge
United States District Court

**DATED** this 23 day of October, 2019.