CRYSTAL J. HERRERA, ESQ.
Nevada Bar No. 12396
CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
5100 West Sahara Avenue
Tel: (702) 799-5373
Fax: (702) 799-5505
Las Vegas, Nevada 89146
Herrec4@nv.ccsd.net
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHAUN TAYLOR,<br><br>    Plaintiff,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT; KEITH FRANCE, an individual; DOES 1 through X; and ROE CORPORATIONS 1 through X,<br><br>    Defendant. | CASE NO.: 2:19-cv-00999-GMN-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**<br><br>**[FIRST REQUEST]** |

    Plaintiff Shaun Taylor ("Plaintiff") and Defendants Clark County School District and Keith France (collectively, "Defendants"), by and through their respective attorneys of record, hereby stipulate to briefly extend the time for Defendants to file a Reply, in support of their Motion to Dismiss (ECF No. 13) and in response to Plaintiff's Opposition (ECF No. 18), from the current deadline of November 4, 2019, up to and including **November 8, 2019**. This is the first request for an extension of time to file such a Reply.

    Defendants seek the extension of time to allow additional time to prepare an appropriate response in support of their Motion to Dismiss. Defendants filed a Motion to Dismiss Plaintiff's Complaint on October 8, 2019. ECF No. 13. Plaintiff opposed the Motion on October 28, 2019.

ECF No. 18. Defendants' Reply in response to Plaintiff's Opposition is currently due on November 4, 2019. Because this is Plaintiff's second lawsuit against Defendants and the former was partly adjudicated in Defendants' favor (Case No.: 2:18-cv-01264-KJD-VCF), counsel requires additional time to address res judicata issues. Additionally, in light of defense counsel's other deadlines and prior commitments, the parties agree to a brief four (4) day extension through November 8, 2019, for Defendants to file a Reply. The extension will have no significant or prejudicial impact on the proceedings.

This request is made in good faith and not for the purpose of delay.

Dated: November 1, 2019

LIZADA LAW FIRM, LTD.

By: */s/ Angela Lizada*
    Angela J. Lizada, Esq. (#11637)
    Lizada Law Firm, Ltd.
    501 S. 7th Street
    Las Vegas, NV 89101
    *Attorney for Plaintiff*

Dated: November 1, 2019

CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL

By: */s/ Crystal J. Herrera*
    Crystal J. Herrera (#12396)
    5100 West Sahara Avenue
    Las Vegas, Nevada 89146
    *Attorney for Defendant*

## **ORDER**

**IT IS SO ORDERED.**

DATED this 13 day of November, 2019.

_____
Gloria M. Navarro, District Judge
United States District Court